**Dismissed and Opinion Filed October 6, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01171-CV

**JA'MOND DICKSON, Appellant**
**V.**
**KIERRA THOMAS, Appellee**

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-16535**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

On September 25, 2015, appellant, proceeding pro se, filed a motion to dismiss, stating "I change my mine [sic]." *See* TEX. R. APP. P. 42.1(a)(1). We grant the motion and dismiss the appeal. *See id.,* 43.2(f).

151171F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JA'MOND DICKSON, Appellant

No. 05-15-01171-CV     V.

KIERRA THOMAS, Appellee

On Appeal from the 303rd Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-13-16535.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Kierra Thomas recover her costs, if any, of this appeal from appellant Ja'mond Dickson.

Judgment entered October 6, 2015.